IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LAWRENCE ALVIN BULLOCK, III,    )
                                )
        Plaintiff,               )
                                )
    v.                           )       1:15CV523
                                )
SHARA ANDREWS, et al.,          )
                                )
        Defendants.              )

## ORDER

On January 4, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) Plaintiff timely filed objections (Doc. 6) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 1) be, and is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 7th day of March, 2016.

                                    _____
                                    United States District Judge